**Opinion issued February 26, 2013**



In The

# Court of Appeals
For The

# First District of Texas

---

## NO. 01-12-00655-CV

---

**GEORGE E. DIXON, Appellant**

**V.**

**CARMEN NANCE SANDERS N/K/A CARMEN LEE NANCE GAMBRILL, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 07CV0656**

---

## MEMORANDUM OPINION

Appellee, Carmen Nance Sanders n/k/a Carmen Lee Nance Gambrill, moves to dismiss the appeal for want of prosecution because appellant, George E. Dixon, has failed to timely file a brief. *See* TEX. R. APP. P. 38.8(a) (authorizing dismissal

for failure of appellant to file brief).  The appellate record was complete September 20, 2012.  Appellant's brief was due on October 22, 2012. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). Over ten days have passed and appellant has not responded to appellee's motion to dismiss.  *See* TEX. R. APP. P. 10.3, 38.8(a)(1).

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

2